**Electronically Filed
Supreme Court
SCWC-12-0001079
10-SEP-2014
10:02 AM**

SCWC-12-0001079

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DEREK CAVILLIS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001079; FCCR NO. 09-1-159K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Derek Cavillis's application for writ of certiorari filed on July 30, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 10, 2014.

William Li
for petitioner

Linda L. Walton
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

